Joseph H. Harrington
United States Attorney
Eastern District of Washington
Brian M. Donovan
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FOUR FIREARMS FROM VARIOUS MANUFACTURERS, MAKES, MODELS AND ASSORTED CALIBERS, and 431 ROUNDS OF ASSORTED AMMUNITION,<br><br>and<br><br>$40,950.00 U.S. CURRENCY,<br><br>Defendants. | VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

Plaintiff, United States of America, by its attorneys, Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Brian M. Donovan, Assistant United States Attorney, brings this Verified Complaint and alleges the following in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM* 1

## I. NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America multiple firearms and ammunition seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), pursuant to 18 U.S.C. § 924(d) and/or 21 U.S.C. § 881(a)(11), for violations of: 18 U.S.C. 922(g)(1), Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 922(g)(5)(A), Possession of Firearms and Ammunition by an Alien Illegally or Unlawfully Present in the United States; 18 U.S.C. § 924(c)(1)(A)(i), Use, Carry or Possession of a Firearm During and in Relation to a Drug Trafficking Crime; and pursuant to 21 U.S.C. § 881(a)(11), for violation(s) of 21 U.S.C. § 841(a)(1), Distribution of a Controlled Substance: Methamphetamine; and, United States currency, pursuant to 21 U.S.C. § 881(a)(6), for violations of 21 U.S.C. § 841, Distribution of a Controlled Substance: Methamphetamine.

## II. THE DEFENDANT(S) *IN REM*

2. The Defendant property consists United States currency, firearms and ammunition, described as follows:

- $40,950.00 U.S. currency;

- Smith &Wesson Model 13 .38 Special Revolver SN: D178161;

- Taurus Model Rossi .357 Magnum caliber revolver SN: FZ716659;

- Glock Model 23 .40 caliber pistol, SN VGR677;

- Smith & Wesson, model MP Shield, 9mm pistol, SN: HLN 2105;

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  2

- 14 rounds of 30-60 Federal ammunition

- 50 rounds of 9mm Blazer ammunition

- 325 rounds of Federal .22 long rifle ammunition

- 42 rounds of Remington .22 long rifle ammunition

(hereinafter "Defendant property".)

### III.  JURISDICTION AND VENUE

3.  Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant property.  This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

4.  This Court has *in rem* jurisdiction over the Defendant property under 28 U.S.C. § 1355(b).  Upon the filing of this Complaint, the Plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the Plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.  Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

### IV.  BASIS FOR FORFEITURE

6.  Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 5 above.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  3

7. 18 U.S.C. § 922(g)(1), makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess firearms and ammunition.

8. 18 U.S.C. § 922(g)(5)(A), makes it unlawful for any person who is an illegal alien to possess firearms and ammunition.

9. 21 U.S.C. § 841(a)(1), makes it unlawful for any person to possess with intent to distribute a controlled substance.

10  The Defendant property (firearms and ammunition) is subject to forfeiture to the United States, pursuant to 18 U.S.C. § 924(d), because it constitutes firearms and ammunition involved in or used in a knowing violation(s) of 18 U.S.C. §§ 922(g)(1), (g)(5)(A); and/or pursuant to 21 U.S.C. § 881(a)(11), because it constitutes firearms and ammunition used or intended to be used to facilitate violation(s) of 21 U.S.C. § 841(a)(1).

11. The Defendant property ($40,595.00 U.S. currency) is subject to forfeiture to the United States, pursuant to 21 U.S.C. § 881(a)(6), because it represents money used or intended to be used to facilitate violation(s) of 21 U.S.C. § 841(a)(1); and/or it represents proceeds or is traceable to proceeds obtained from such violation.

## V. FACTS

12. On or about September 21, 2018, Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)/Border Patrol – Intelligence (BPI), Task Force Officer/Special

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  4

Agent, David R. Steen (TFO Steen), opened an investigation into Alberto BRAVO-SORIANO for suspected firearm and controlled substance violation(s) based upon his review of reports regarding the execution of state search warrants at BRAVO-SORIANO's residence and storage units.

13. On or about August 27, 2018, Border Patrol obtained an arrest warrant for Alberto BRAVO-SORIANO based on a violation of 8 U.S.C. § 1326, Alien in the United States After Deportation. *United States v. Alberto Bravo-SORIANO*, Eastern District of Washington Magistrate Court case number 2:18-MJ-00228-JTR.

14. On or about August 29, 2018, Border Patrol agents (BPA) and Adams County Sheriff's Office (ACSO) officers went to BRAVO-SORIANO's residence located at 2131 West Moon Road, in Othello, Washington, to execute the federal arrest warrant.

15. Upon arrival at the residence, officers knocked on the door and spoke to BRAVO-SORIANO's wife, Adulfa ROMERO LOPEZ.  Officers advised ROMERO LOPEZ that they needed to speak to BRAVO-SORIANO. He was not at the residence when law enforcement first arrived.  BRAVO-SORIANO pulled up to the residence in a gray van as officers were talking to ROMERO LOPEZ.  After BRAVO-SORIANO exited the vehicle, BPA Flood arrested him pursuant to the federal arrest warrant.

16. BPA Flood read BRAVO-SORIANO his Miranda rights in the Spanish language, as witnessed by ACSO Deputy Yount. BRAVO-SORIANO indicated he

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  5

was willing to speak without a lawyer present, in the presence of both BPA Floods and ACSO Deputy Yount.

17. BPA Lyons then questioned BRAVO-SORIANO, while ACSO Deputy Yount translated from the English to Spanish language. BRAVO-SORIANO was asked about controlled substances located inside the residence. BRAVO-SORIANO stated he had methamphetamine and heroin in his dresser drawer, in his bedroom.

18. BRAVO-SORIANO remained in the backseat of a patrol vehicle, while ACSO Sergeants Garcia, Solano and Deputies Yount and Phillips entered the residence with ROMERO-LOPEZ. Deputy Solano reported during the search ROMERO-LOPEZ sat in the living room and at no time restricted or revoked the consent search. ACSO Deputy Phillips found what appeared to be a small amount of black tar wrapped in tin foil and a small amount of white powdery substance, located in a small organizer sitting on top of a dresser in the bedroom. ACSO Phillips used a Narcotics Identification Kit ("NIK") to test the black tar substance, which tested presumptively positive for heroin. ACSO Phillips utilized a NIK to test the white powdery substance, which tested presumptively positive for cocaine.

19. ACSO Sergeant Garcia applied for and was granted a state search warrant for the residence. Subsequent to the execute of the state search warrant, several items were seized, to include the following:

1) A Black AT&T cellular phone (flip-style), model;

2) Approximately 128 gross grams of a suspected methamphetamine;

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  6

3) Approximately 29 gross grams of suspected heroin;

4) Approximately 0.1 gross ounce of suspected cocaine;

5) Smith & Wesson, model M&P Shield, 9mm pistol, serial number: HLN2105 (loaded with 14, 9 mm ammunition);

6) Three scales;

7) $31,551.00 in cash; and,

8) Keys later determined to belong to Sun Basin Storage.

20. The 9mm pistol was reportedly located in the master bedroom closet next to an item described as a "tar-like substance". Additional items found in the master bedroom closet were described as "Tupperware w/ large crystal like substance," "small baggy w/ crystal like substance," and "large crystal like substance".

21. Both BRAVO-SORIANO and ROMERO-LOPEZ were transported to the ACSO substation in Othello, Washington, prior to the execution of the state search warrant.

22. At the Substation, ACSO Deputy Garcia advised ROMERO-LOPEZ of her Miranda rights. ROMERO-LOPEZ indicated she was willing to speak without a lawyer present by signing an ACSO Miranda Rights Card; as witnessed by both ACSO Deputy Yount and BPA Lyons. ROMERO-LOPEZ initially denied having knowledge of BRAVO-SORIANO's involvement in drug trafficking.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  7

23. ACSO Sergeant Garcia again advised BRAVO-SORIANO of his Miranda rights. BRAVO-SORIANO indicated he was willing to speak without a lawyer present by signing an ACSO Miranda Rights Card. BRAVO-SORIANO stated upon a search of the residence, many items would be found to include: methamphetamine in a transparent Tupperware plastic container, small bags, and a digital scale. BRAVO-SORIANO stated he was a user of both methamphetamine and cocaine, because it kept him going when he worked in the fields. BRAVO-SORIANO stated he tries to sell the methamphetamine three ounces at a time, for $250.00 per ounce. BRAVO-SORIANO stated he sold three ounces of methamphetamine a few weeks prior to Juan Omar GONZALEZ for $750.00. BRAVO-SORIANO stated he made about $2,000.00 per month selling controlled substances.

24. ACSO Sergeant Garcia then interviewed ROMERO-LOPEZ. During this interview, ROMERO-LOPEZ admitting to having knowledge BRAVO-SORIANO had been dealing drugs for a few years.

25. ACSO Deputy Yount made contact with BRAVO-SORIANO in a Border Patrol Vehicle. BRAVO-SORIANO advised he remembered his Miranda rights, and was willing to speak with ACSO Deputy Yount. BRAVO-SORIANO stated he purchased the pistol two months prior from "Cholio" for $350.00. BRAVO-SORIANO stated Cholio told him the pistol was stolen. BRAVO-SORIANO stated he had the pistol for protection.

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  8

26. Both BRAVO-SORIANO and ROMERO-LOPEZ were transported to the Spokane Border Patrol Sector for further processing of immigration charges.

27. On August 30, 2018, ACSO Deputy Hampton was told by the manager of Sun Basin Storage, units 105 and 137 were initially rented to BRAVO-SORIANO, but were later put in ROMERO-LOPEZ's name.

28. ACSO Deputy Hampton, applied for and was granted a state search warrant to search Sun Basin Storage, units 97, 105 and 137.

29. Subsequent to the search of unit 97, several items were seized, to include the following:

- $40,950.00 U.S. currency;

Subsequent to the search of unit 105, several items were seized, to include the following:

- Several rounds of .22 caliber, 9mm, and 30-06 caliber ammunition;
- Approximately 439 gross grams of a suspected heroin;

29. Subsequent to the search of unit 137, several items were seized, to include the following:

- Several rounds of .22 caliber, and .38 caliber ammunition;
- Rossi, .357 magnum caliber revolver bearing serial number: FZ716659;
- Glock, model 23, .40 caliber pistol, bearing serial number: VGR677;

## VI.   CONCLUSION

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  9

WHEREFORE, the Plaintiff requests that the Court issue a warrant of arrest *in rem* for the arrest and seizure of the Defendant property described herein; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the property; that the Defendant property be forfeited and condemned to the United States of America; that the Plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

DATED this 25th day of January 2019.

Joseph H. Harrington
United States Attorney

*s/Brian M. Donovan*
Brian M. Donovan
Assistant United States Attorney

## VERIFICATION

I, David R. Steen, hereby verify and declare under penalty of perjury that I am a Task Force Officer/Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives/Border Patrol - Intelligence, in Spokane, Washington, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  10

## VERIFICATION

I, David R. Steen, hereby verify and declare under penalty of perjury that I am a Task Force Officer/Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives/Border Patrol - Intelligence, in Spokane, Washington, that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer/Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives/Border Patrol - Intelligence.

I hereby verify and declare under penalty of perjury that the foregoing information is true and correct.

DATED this 25 day of January 2019.

_____
David R. Steen, Task Force Officer/Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives/Border Patrol - Intelligence

VERIFIED COMPLAINT FOR FORFEITURE *IN REM*  12

JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America,

## DEFENDANTS
Four firearms from various manufacturers, makes, models and assorted calibers, and 431 rounds of assorted ammunition, and $40,950.00 U.S. currency

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Adams
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. § 881, 18 U.S.C. § 924(d)

Brief description of cause:
civil forfeiture of property for controlled substance and firearm violations

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____  DOCKET NUMBER _____

DATE: 01/25/2019

SIGNATURE OF ATTORNEY OF RECORD: *[signature]* Brian M. Donovan, AUSA

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____