FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FOUR FIREARMS FROM VARIOUS MANUFACTURERS, MAKES, MODELS AND ASSORTED CALIBERS, and 431 ROUNDS OF ASSORTED AMMUNITION; and $40,950.00 U.S. CURRENCY,<br><br>Defendants. | No. 2:19-cv-00039-SAB<br><br><br>**ORDER GRANTING STIPULATED DISMISSAL** |

Before the Court is the parties' Notice of Voluntary Dismissal Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), ECF No. 6. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs or attorney fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

**ORDER GRANTING STIPULATED DISMISSAL ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Notice of Voluntary Dismissal Pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), ECF No. 6, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED without prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 8th day of November 2019.



Stanley A. Bastian
United States District Judge